United States District Court

for the

District of Massachusetts

| | |
|---|---|
| Islam Faisal Muhammad Ibrahim Abdelrasoul (PRO SE), <br><br> Plaintiff, <br><br> V. <br><br> Trustees of Boston University ("Boston University"), <br><br> Defendant. | Civil Action No. 1:24-CV-10988-NMG |

## Plaintiff's Motion to Voluntarily Dismiss Claims 8 and 9 without prejudice

Plaintiff had included in the complaint claims 8 and 9 which involve injuries to the plaintiff's sibling. As the plaintiff's sibling is not party in this lawsuit, the plaintiff respectfully moves this Honorable Court to dismiss these Claims 8 and 9 without prejudice so that the plaintiff's sibling can take any future action and preserve his right to do that.

Dated this 3rd day of May, 2024.

Respectfully Submitted,

/s/ Islam Faisal Muhammad Ibrahim Abdelrasoul (PRO SE)
Signature

580 Commonwealth Avenue, Unit 503, Boston, MA 02215
Address

424-385-3331
Tel. No.

islamfaisal@i2msoft.com
Email Address

*Motion allowed. [signed] NMGorton, USDJ 05/10/2024*

Page 1 of 2