UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Islam Faisal Muhammad Ibrahim Abdelrasoul,<br>Plaintiff,<br>v.<br>Trustees of Boston University ("Boston University"),<br>Defendant,<br>United States Attorney General,<br>Statutory Party in Interest with Intervention Right. | Civil Action No. 1:24-CV-10988-NMG |

### Plaintiff's Motion and Memorandum to Vacate and Defer to Housing Court Matters of Preliminary Injunction (Oral Argument & Evidentiary Hearing Requested)

The plaintiff apologizes if his original pleadings were lengthy or not organized due to his lack of experience with The Judiciary. Now, given that the plaintiff will be represented by qualified counsel in future hearings, he seeks an opportunity from This Honorable Court to be heard de novo in an evidentiary hearing.

Furthermore, this motion is in response to the defendant's continued illegal actions. **Defendant has disrupted the electronic card access for the plaintiff's entry to the residential building where he resides without due summary process in very serious violation of M.G.L. c. 186 §14** (partially stated below with emphasis added). The Housing Court ordinarily as a matter of course grants reliefs in equity in the form of TRO and/or preliminary injunction for any breach of this statute regarding quiet enjoyment of the premises (even if the tenant is a holdover tenant).

> M.G.L. c. 186 §14: "..... any lessor or landlord who directly or indirectly interferes with the quiet enjoyment of any residential premises by the occupant, or who attempts to regain possession of such premises by force without benefit of judicial process, shall be punished by a fine of not less than twenty-five dollars nor more than three hundred dollars, **or by imprisonment for not more than six months**"

The plaintiff respectfully moves The Honorable Court to **vacate Order (Docket No. 42) and defer the matters of preliminary injunction to the State Housing Court**. The plaintiff asks This Honorable Court to **set a date for an evidentiary hearing where the plaintiff can be examined** for this motion for reconsideration and so that his counsel and he can have a chance to explain their arguments and The Court then decides one of these courses of action:

1. **vacate and defer** only the matter of preliminary injunction to Housing Court so that the plaintiff could be relieved by Housing Court's standard of granting temporary relief and specialized

*Treated as a motion for reconsideration and motion denied.*
*NMGorton, USDJ 07/30/2024*

Page 1 of 4