**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ISLAM FAISAL MUHAMMAD IBRAHIM ABDELRASOUL (PRO SE), <br><br> Plaintiff, <br><br> v. <br><br> TRUSTEES OF BOSTON UNIVERSITY, <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-CV-10988-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS FOR ROSE LAW PARTNERS LLP

This is to provide notice that Rose Law Partners LLP, counsel for Defendant Trustees of

Boston University, has changed its business address, effective March 23, 2026, to the following:

Rose Law Partners LLP
185 Dartmouth Street, Suite 602
Boston, MA 02116
(617) 536-0040 (Office)
(617) 536-4400 (Fax)

The firm's telephone and fax numbers remain the same.  All appearances by attorneys

from Rose Law Partners LLP on the docket remain unchanged.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY

By its attorneys,

*/s/ Alan D. Rose*
Alan D. Rose (BBO # 427280)
Meredith Wilson Doty (BBO # 652220)
Jessica L. Perillo (BBO # 717733)
ROSE LAW PARTNERS LLP
185 Dartmouth Street, Suite 602
Boston, MA 02116
(617) 536-0040 (Office)
(617) 536-4400 (Fax)
adr@rose-law.net
mwd@rose-law.net
jlp@rose-law.net

Date: March 30, 2026

## CERTIFICATE OF SERVICE

I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.

*/s/ Alan D. Rose*
Alan D. Rose

Date: March 30, 2026

2